1  JAN I. GOLDSMITH, City Attorney
   ANDREW JONES, Assistant City Attorney
2  TIMOTHY C. STUTLER, Deputy City Attorney
   California State Bar No. 131794
3          Office of the City Attorney
           1200 Third Avenue, Suite 1100
4          San Diego, California 92101-4100
           Telephone:  (619) 533-5800
5          Facsimile:   (619) 533-5856

6  Attorneys for Defendants SAN DIEGO POLICE DEPT., OFFICERS MCFALLS, LOPEZ,
   VALDEZ and MICHAEL MORAN
7

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NGUYEN, | ) Case No.  11-CV-2594 (WQH) NLS |
| Plaintiff, | ) **NOTICE OF CHANGE OF ATTORNEY WITHIN THE OFFICE OF THE CITY ATTORNEY** |
| v. | ) |
| SAN DIEGO POLICE DEPT., OFFICERS MCFALLS (#4473), LOPEZ, (#6654), VALDEZ (#6562), MICHAEL MORAN (#5700), | ) Judge:  Hon. William Q. Hayes<br>) Court Room:  14B<br>) Trial:  Not Set |
| Defendants. | ) |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Document Number: 698867            1

TO:   CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Deputy City Attorney Timothy C. Stutler. California State Bar No. 131794, of the Civil Division of the City Attorney's Office located at 1200 Third Avenue, Suite 1100, San Diego, California, 92101, (619) 533-5800, is hereafter the Deputy City Attorney assigned to the above-entitled litigation in place of and instead of Christina Milligan for Defendants SAN DIEGO POLICE DEPT., OFFICERS MCFALLS, LOPEZ, VALDEZ and MICHAEL MORAN.

Dated:  January 3, 2014                     JAN I. GOLDSMITH, City Attorney


By   */s/ Timothy C. Stutler*
       Timothy C. Stutler
       Deputy City Attorney
Attorneys for Defendants SAN DIEGO
POLICE DEPT., OFFICERS MCFALLS,
LOPEZ, VALDEZ and MICHAEL MORAN
TStutler@sandiego.gov