

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Nguyen<br><br>                                    Plaintiff,<br><br>V.<br><br>San Diego Police Dept.; McFalls, Officer (#4473); Michael Moran, Officer (#5700); Jesus Cessena, San Diego Police Seargant; Kathryn Albans, PERT Clinician; Eduardo Lopez, San Diego Police Officer (#6654); David Valdez, San Diego Police Officer (#6562)<br><br>                                    Defendant. | Civil Action No.  11cv2594-WQH-MDD<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendants Eduardo Lopez and David Valdez and against Plaintiff Thomas Nguyen as to all claims in the complaint.


Date:        12/22/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Cruz

M. Cruz, Deputy