|     |     |
| --- | --- |
| 1   | JAN I. GOLDSMITH, City Attorney |
|     | DANIEL F. BAMBERG, Assistant City Attorney |
| 2   | CARMEN A. BROCK, Deputy City Attorney |
|     | California State Bar No. 162592 |
| 3   |     Office of the City Attorney |
|     |     1200 Third Avenue, Suite 1100 |
| 4   |     San Diego, California 92101-4100 |
|     |     Telephone: (619) 533-5800 |
| 5   |     Facsimile:  (619) 533-5856 |
|     |     email: cbrock@sandiego.gov |
| 6   | Attorneys for Defendants San Diego Police Officers |
|     | Eduardo Lopez and David Valdez |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THOMAS NGUYEN, | ) Case No. 11-cv-2594 (WQH) MDD |
| --- | --- |
|     Plaintiff, | ) |
| | ) APPEARANCE OF COUNSEL |
| v. | ) AND NOTICE OF CHANGE OF |
| | ) ATTORNEY WITHIN THE |
| SAN DIEGO POLICE OFFICERS | ) OFFICE OF THE CITY |
| EDUARDO LOPEZ (#6654) & DAVID | ) ATTORNEY |
| VALDEZ (#6562), | ) |
| | ) Judge: Hon. William Q. Hayes |
|     Defendants. | ) Court Room: 14B |

TO: The clerk of court, and all parties of record:

I, Carmen A. Brock, California State Bar No.162592, of the Civil Division of the City Attorney's Office, located at 1200 Third Avenue, Suite 1100, San Diego, California, 92101, (619) 533-5800, hereby enter my appearance as counsel of record for the defendants San Diego Police Officers Eduardo Lopez and David Valdez, and is hereafter the Deputy City Attorney assigned to the above-entitled litigation in place of and instead of Timothy Stutler. Other attorneys representing

/////

/////

/////

/////

1

Case No. 11-cv-2594 (WQH) MDD

the Defendants San Diego Police Officers Eduardo Lopez and David Valdez should continue to receive Notices of Electronic Filings relating to activity in this case.

Dated: January 20, 2016          JAN I. GOLDSMITH, City Attorney


By  /s/ Carmen A. Brock
    Carmen A. Brock
    Deputy City Attorney

Attorneys For Defendants San Diego Police Officers Eduardo Lopez And David Valdez