**FILED**
1/20/2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ mikec    DEPUTY

NUNC PRO TUNC
1/15/2016

To whom it may concern:

In San Diego CityBeat there was a story dated 4-26-2011 entitled "TUAN'S PARADOXES". Below is an excerpt from that story:

> "...The last time you would've seen Nguyen protesting in person would have been Dec. 30.
>
> Big Brother finally came to silence him during the Big Bay Balloon Parade.
>
> According to a San Diego Police report, officers detained Nguyen after he "disrupted the Holiday bowl parade by carrying a picket sign and yelling obsenities [sic] at women and children..."

I witnessed this man waving his sign and intermittently yelling about the CIA being evil, but at no time did I hear him utter any obscenities.

My memory on this point is very clear because I had brought my two young children to the parade. We were watching from near the electrical box across from the grandstand, very close to the man identified as Tuan Nguyen in the article. When I am in public with my children I am very aware when foul language is used around us and say something like "Hey, watch your language!" when I hear it. My children and I did not hear any such language from Mr. Nguyen.

After I read the story in CityBeat I called the author, Dave Maas, and told him how what I had witnessed differed from what he wrote that the police report contained. Then on September 26, 2011 I received a call from Mr. Nguyen who had gotten my phone number from Mr. Maas. I told Mr. Nguyen I would write this "to whom it may concern" letter about what I recalled from the balloon parade. As of this letter I have never met Mr. Nguyen.

Sincerely,

*Carl Yee* 9-28-2011

Carl Yee

619-521-0864

*I swear the above letter is true to the best of my knowledge and am willing to testify if necessary.*

*Carl Yee* 1-12-2016
619-521-0864